**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 C 729

SHIMERA JONES, DAISY ALVAREZ & RUBEN
ALVAREZ, on behalf of themselves and all others similarly
situated,
v.
WASHINGTON MUTUAL, INC. and DOES 1-10, inclusive,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shimera Jones, Daisy Alvarez and Ruben Alvarez

| |
|---|
| NAME (Type or print)<br>Robert D. Allison |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Robert D. Allison |
| FIRM<br>Robert D. Allison & Associates |
| STREET ADDRESS<br>122 S. Michigan Ave., Suite 1850 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 36749 | 312-427-7600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐