U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 729 |
|---|---|

SHIMERA JONES, DAISY ALVAREZ & RUBEN ALVAREZ, on behalf of themselves and all others similarly situated,
v.
WASHINGTON MUTUAL, INC. and DOES 1-10, inclusive,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shimera Jones, Daisy Alvarez and Ruben Alvarez

| NAME (Type or print) |
|---|
| Bruce C. Howard |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bruce C. Howard |
| FIRM |
| Robert D. Allison & Associates |
| STREET ADDRESS |
| 122 S. Michigan Ave., Suite 1850 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180529 | 312-427-7600 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐