U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 729

SHIMERA JONES, DAISY ALVAREZ & RUBEN ALVAREZ, on behalf of themselves and all others similarly situated,
v.
WASHINGTON MUTUAL, INC. and DOES 1-10, inclusive,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shimera Jones, Daisy Alvarez and Ruben Alvarez

| | |
|---|---|
| NAME (Type or print) <br> Steven P. Schneck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Steven P. Schneck | |
| FIRM <br> Robert D. Allison & Associates | |
| STREET ADDRESS <br> 122 S. Michigan Ave., Suite 1850 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198967 | TELEPHONE NUMBER <br> 312-427-7600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |