UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIMERA JONES, DAISY ALVAREZ & RUBEN ALVAREZ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC. and DOES 1-10, inclusive;<br><br>  Defendants. | Civil Action No. 08-CV-792 |

## AFFIDAVIT OF SERVICE

I hereby certify that a true and correct copy of the Summons and Class Action Complaint were served by hand delivery on Defendants Washington Mutual, Inc. on February 22, 2008, as evidenced by the attached Affidavits of Service marked as Exhibit "A" hereto.

<i>s/ Edward W. Ciolko</i><br>
Edward W. Ciolko<br>
Schiffrin Barroway Topaz & Kessler, LLP<br>
280 King of Prussia Road<br>
Radnor, PA  19087<br>
610-687-7706<br>
Attorney for Plaintiffs

DATED:  February 26, 2008