# EXHIBIT A

Shimera Jones, et. al., Plaintiff(s)
vs.
Washington Mutual, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 088030-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Washington Mutual, Inc.
Court Case No. 08 C 729

SCHIFFRIN & BARROWAY, LLP
Ms. Kathy Marrone
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: **WASHINGTON** ) ss.
County of: **KING** )

**Name of Server:** ROBERT HOYDEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of February, 20 08, at 1:45 o'clock P M

**Place of Service:** at 1301 Second Avenue, in Seattle, WA 98101

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Washington Mutual, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JAMIE BUHL, Administrative Assistant in the legal department, authorized to accept.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color brown ; Hair Color black ; Facial Hair
Approx. Age 34 ; Approx. Height 5'5" ; Approx. Weight 135

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server ROBERET HOYDEN

Subscribed and sworn to before me this 22nd day of February, 20 08

Notary Public    (Commission Expires) 3/20/11

APS International, Ltd.

TRACI E. NASH
STATE OF WASHINGTON
**NOTARY PUBLIC**
MY COMMISSION EXPIRES
03-20-11