# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIMERA JONES, DAISY ALVAREZ & RUBEN ALVAREZ, on behalf of themselves and all others similarly situated, | CASE NO.: 08-CV-792 |
| Plaintiffs, | |
| v. | **CLASS ACTION COMPLAINT** |
| WASHINGTON MUTUAL, INC. and DOES 1-10, inclusive; | **JURY TRIAL DEMANDED** |
| Defendants. | |

## FED. R. CIV. P. 41 PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs in the above-captioned action hereby file this Notice of Dismissal, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. This Notice of Dismissal is without prejudice.

Dated: April 15, 2008

Respectfully submitted,

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**

By:  /s/Edward W. Ciolko
Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Joseph A. Weeden
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorney for Plaintiffs*

**ROBERT D. ALLISON &
ASSOCIATES**
Robert D. Allison, I.D. # 36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of the foregoing Fed. R. Civ. P. 41

Plaintiffs' Notice of Dismissal and Proposed Order was mailed to all counsel of record.

> *s/ Edward W. Ciolko*
> Edward W. Ciolko
> Schiffrin Barroway Topaz & Kessler, LLP
> 280 King of Prussia Road
> Radnor, PA  19087
> 610-667-7706
> Attorney for Plaintiffs