## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 729 | **DATE** | 4/22/2008 |
| **CASE TITLE** | Jones vs. Washington Mutual, Inc. et al | | |

**DOCKET ENTRY TEXT**

Case called for status hearing on 4/22/2008. No one appears. Parties failed to inform the Court that plaintiffs filed a Rule 41 Notice of Dismissal. Parties also failed to supply the Court with a copy of said Notice of Dismissal as required by the rules. The Court further notices that the case number on the Notice is incorrect. This cause is hereby dismissed without prejudice pursuant to plaintiffs' Notice of Dismissal.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | SCT |
|---|---|---|